Lindsay Demaree
Nevada Bar No. 11949
Ballard Spahr llp
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
demareel@ballardspahr.com

*Attorneys for Defendant Comenity Bank (improperly named in the Complaint as "Comenity Bank/Victoria's Secret")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA CEBALLOS,<br><br>   Plaintiff,<br><br>v.<br><br>COMENITY BANK/VICTORIA'S SECRET; EQUIFAX INFORMATION SERVICES, LLC<br><br>   Defendants. | CASE NO. 2:16-cv-02092-GMN-GWF<br><br>**JOINT MOTION AND ORDER TO EXTEND COMENITY BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Comenity Bank's (improperly named as "Comenity Bank/Victoria's Secret") ("Comenity") response to plaintiff Veronica Ceballos' complaint is currently due November 3, 2016. At Comenity's request, plaintiff and Comenity stipulate and agree that Comenity has up to and including December 3, 2016, to respond to plaintiff's complaint to provide additional time for Comenity to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Comenity.

*[Continued on the following page.]*

DMWEST #15050614 v1

1     This request is made in good faith and not made for purposes of delay.

2     IT IS SO STIPULATED.

3 Dated: November 1, 2016.

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ David Krieger<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com |
| *Attorneys for Defendant Comenity Bank (improperly named in the Complaint as "Comenity Bank/Victoria's Secret")* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2016

## CERTIFICATE OF SERVICE

I certify that on November 1, 2016, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **JOINT MOTION AND ORDER TO EXTEND COMENITY BANK'S TIME TO RESPOND TO PLAINITFF'S COMPLAINT (SECOND REQUEST)** was filed and served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Bradley T. Austin,
Snell and Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

    /s/   Mary Kay Carlton

An employee of Ballard Spahr LLP

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070